U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA (FORT LAUDERDALE)
Bankruptcy Petition #: 20-22993-SMG

| | |
|---|---|
| **IN RE:**<br>**VITALY BAHAR**,<br>      Debtor,<br><br>**JONNY EDGARDO PINEDA RAPALO**<br>      Plaintiff/Creditor,<br>vs.<br><br>**VITALY BAHAR**,<br>      individually, Defendant. | GROSSMAN<br><br>CASE NO: **20-22993-SMG**<br>ADVERSARY: **21-010567-SMG**<br><br>Chapter 7<br><br>CORPORATE OWNERSHIP STATEMENT (RULE 7007.1 7007-1 and Local Rule 1002-1(A)) |

## NOTICE OF FILING CORPORATE OWNERSHIP STATEMENT (RULE 7007.1 7007-1 and Local Rule 1002-1(A))

      Plaintiff/Creditor, Jonny Edgardo Pineda Rapalo ("Plaintiff/Creditor"), by and through undersigned counsel, files the attached Corporate Ownership Statement.

      Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff/Creditor in the above captioned action, certifies that states that there are no entities to report under FRBP 7007.1 and Plaintiff/Creditor does not own any corporation or have equity interest in any corporation in the United States.

DATED THIS March 1, 21.

Respectfully submitted,

| | |
|---|---|
| EDAM LAW PLLC<br>Latitude One Building<br>175 SW 7th Street, Suite 2410,<br>Miami FL 33130<br><br>Office + 1 (305) 643-0740 | _____<br>EDMAR M. AMAYA, ESQUIRE<br>Attorney for Plaintiff/Creditor<br><br>Edmar M. Amaya LL.M.<br>Florida Bar No. 063816<br>edmar.amaya@edamlaw.com |