United States Bankruptcy Court

Southern District of Florida

| | |
|---|---|
| In re: | Case No. 20-22993-SMG |
| Vitaly Bahar | Chapter 7 |
| JONNY EDGARDO PINEDA | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 4 |
| Date Rcvd: Mar 22, 2021 | Form ID: CGFC1 | Total Noticed: 64 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vitaly Bahar, 3406 Davie Road Apt # 110, Fort Lauderdale, FL 33314-1632 |
| pla | + | JONNY EDGARDO PINEDA, C/O EDAM LAW, 175 SW 7 Street, SUITE 2410, MIAMI, FL 33130 UNITED STATES 33130-2966 |
| 95975088 | + | 2HANDS MACHINERY LLC, 10600 Griffin Rd, Fort Lauderdale, FL 33328-3228 |
| 95975086 | + | 2HANDS MACHINERY LLC, 14200 SW 23rd St. OFC Unit, Fort Lauderdale, FL 33325-5431 |
| 95975102 | + | 2HANDS MACHINERY LLC, 8421 NW 70 Street, Miami, FL 33166-2638 |
| 95975104 | + | 2HANDS MACHINERY LLC, 3450 Emerald Pointed Drive Apt. 305B, Hollywood, FL 33021-1306 |
| 95975085 | + | 2HANDS MACHINERY LLC, 3406 Davie Rd. Apt 110, Fort Lauderdale, FL 33314-1632 |
| 95975108 | + | Ackerman LLP, 777 South Flagler Drive, Suite 1100, West Tower, West Palm Beach, FL 33401-6161 |
| 95975111 | + | AuctionTime, Sandhills Global, PO Box 85673, Lincoln, NE 68501-5673 |
| 95975116 | + | Barfield, McCain, PA, 4241 Northlake Blvd, Suite B, Palm Beach Gardens, FL 33410-6235 |
| 95975120 | + | Child Support Enforcemment, PO Box 8030, Tallahassee, FL 32314-8030 |
| 95975129 | | ETS Sam Japan, Contact: Neba Samuel, BP 272 Bamenda, Cameroon |
| 95975126 | | Ekenzo Auto LTD, Contact: Ekene Emerah, 1 olo St. Omaba Layout, Onitsha Anambra-Nigeria |
| 95975127 | + | Equifax, Po Box 740241, Atlanta, GA 30374-0241 |
| 95975128 | + | Equipment Trader, 999 Waterside Drive, 19th Floor, Norfolk, VA 23510-3318 |
| 95975132 | + | Experian, Po Box 2002, Allen, TX 75013-2002 |
| 95975134 | + | GC Services Limited Partnership, Po Box 1545, Houston, TX 77251-1545 |
| 95975135 | | Handlers Equipment LTD., 339 Sumas Way, Abbotsford, BC, V25 8E5 |
| 95975139 | + | Jonny Edgardo Pineda Rapalo, c/o Edam Law PLLC, Latitude One Building, 175 SW 7th Street, Suite 2410, Miami, FL 33130-2966 |
| 95975140 | | L&L Construction, Contact: Linley Goldman, Providencailes Turks and Caicos |
| 95975141 | | Luis Fernando Toledo Roca, Carretera a Cotoca Km.5S/N, Santa Cruz Bolivia |
| 95975146 | | Marcelo David Bedoya Izquierdo, Victoria Del Portete 553, Cuenca Ecuador |
| 95975149 | + | NCB Management Services, Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 95975150 | + | Niti S. Sharan, Esq, 1221 South 21st Avenue, Hollywood, FL 33020-6936 |
| 95975151 | + | Pembroke Pines Owner LLC, d/b/a Town City Center Luxury Apartments, 10700 City Center Blvd., Hollywood, FL 33025-4077 |
| 95975152 | + | Solaman Halid, 1362 Longwood Ave, Los Angeles, CA 90019-2958 |
| 95975153 | + | TD Bank, N. A., 2059 Springdale Road, Cherry Hill, NJ 08003-4011 |
| 95975154 | | TD Bank, N.A., Td Bank Usbc, Greenville, SC 29602 |
| 95975169 | + | TRG Management Company LLP, 2200 N. Commerce Parkway, Suite 100, Fort Lauderdale, FL 33326-3258 |
| 95975156 | + | The Simkovic Lawfirm, 2030 South Douglas Rd., Suite 214, Miami, FL 33134-4620 |
| 95975157 | + | Toyota Financial Services, 30501 Agoura Rd, Agoura Hills, CA 91301-4323 |
| 95975159 | + | Toyota Financial Services, Po Box 647, Alpharetta, GA 30009-0647 |
| 95975163 | + | Trader Interactive, PO Box 842183, Dallas, TX 75284-2183 |
| 95975164 | + | Trader Interactive, LLC, 999 Waterside Drive, Ste 1900, Norfolk, VA 23510-3318 |
| 95975168 | + | Transunion, Po Box 1000, Chester, PA 19016-1000 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | | |
| | | | Mar 23 2021 07:40:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1818 |
| smg | | EDI: FLDEPREV.COM | | |
| | | | Mar 23 2021 02:33:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |

| District/off: 113C-0 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: CGFC1 | Total Noticed: 64 |

| ID | | Method/Address | Date/Time | Recipient |
|---|---|---|---|---|
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Mar 23 2021 07:43:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | EDI: AISACG.COM | Mar 23 2021 02:34:00 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 95975107 | + | Email/Text: bankruptcy@rentacenter.com | Mar 23 2021 07:45:00 | Acceptance Now, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 95975106 | + | Email/Text: bankruptcy@rentacenter.com | Mar 23 2021 07:45:00 | Acceptance Now, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 95975110 | + | EDI: AMEREXPR.COM | Mar 23 2021 02:33:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 95975109 | + | EDI: AMEREXPR.COM | Mar 23 2021 02:33:00 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 95975112 | | EDI: BANKAMER.COM | Mar 23 2021 02:34:00 | Bank of America, Po Box 982238, El Paso, TX 79998 |
| 95975114 | + | EDI: BANKAMER.COM | Mar 23 2021 02:34:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 95975119 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Mar 23 2021 07:44:00 | Checksystems, 7805 Hudson Rd, Saint Paul, MN 55125-1703 |
| 95975121 | + | EDI: COMCASTCBLCENT | Mar 23 2021 02:33:00 | Comcast, PO Box 71211, Charlotte, NC 28272-1211 |
| 95975125 | | EDI: CITICORP.COM | Mar 23 2021 02:33:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 95975124 | | EDI: CITICORP.COM | Mar 23 2021 02:33:00 | Department Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 95975130 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Mar 23 2021 06:41:21 | Exeter Finance LLC, Po Box 166097, Irving, TX 75016-6097 |
| 95975131 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Mar 23 2021 06:41:21 | Exeter Finance LLC, Attn: Bankruptcy, Po Box 166008, Irving, TX 75016-6008 |
| 95975133 | + | EDI: FLDEPREV.COM | Mar 23 2021 02:33:00 | Florida Department Of Revenue, 5050 W Tennessee St, Tallahassee, FL 32399-0100 |
| 95975123 | | EDI: IRS.COM | Mar 23 2021 02:34:00 | Department of the Treasury, Po Box 21126, Philadelphia, PA 19114 |
| 95975118 | | EDI: JPMORGANCHASE | Mar 23 2021 02:33:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 95975117 | | EDI: JPMORGANCHASE | Mar 23 2021 02:33:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 95975142 | + | Email/Text: accounting@sandhills.com | Mar 23 2021 07:43:00 | Machinery Trader, Sandhills Global, PO Box 85673, Lincoln, NE 68501-5673 |
| 95975148 | | Email/Text: bankruptcy@nationalcreditsystems.com | Mar 23 2021 07:41:00 | National Credit Systems, Inc., Attn: Bankruptcy, Po Box 312125, Atlanta, GA 31131 |
| 95975147 | | Email/Text: bankruptcy@nationalcreditsystems.com | Mar 23 2021 07:41:00 | National Credit Systems, Inc., P.o. Box 312125, Atlanta, GA 31131 |
| 95975155 | | EDI: TDBANKNORTH.COM | Mar 23 2021 02:34:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 95975160 | | EDI: TFSR.COM | Mar 23 2021 02:33:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 95975158 | + | EDI: TFSR.COM | Mar 23 2021 02:33:00 | Toyota Financial Services, Po Box 9786, Cedar Rapids, IA 52409-0004 |
| 95984430 | | EDI: BL-TOYOTA.COM | Mar 23 2021 02:33:00 | Toyota Motor Credit Corporation, c/o Becket and |

| District/off: 113C-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: CGFC1 | Total Noticed: 64 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 95975170 | + | Email/Text: vci.bkcy@vwcredit.com | Mar 23 2021 07:44:00 | Volkswagen Credit, Inc, P.o. Box 3, Hillsboro, OR 97123-0003 |
| 95975171 | + | Email/Text: vci.bkcy@vwcredit.com | Mar 23 2021 07:44:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, Po Box 3, Hillboro, OR 97123-0003 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 95975087 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975089 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975090 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975091 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975092 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975093 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975094 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975095 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975096 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975097 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975098 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975099 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975100 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975101 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975103 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975105 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975084 |  | 2HANDS MACHINERY LLC, **Duplicate Entry** |
| 95975113 |  | Bank of America, **Duplicate Entry** |
| 95975115 |  | Bank of America, **Duplicate Entry** |
| 95975122 |  | Consclence o Ibeh Co NIG LTD, 1 Redeemer Street off Maryam, Babangida Road, Asaba Delta State |
| 95975137 |  | IRS Centralized Bankruptcy Department, **Duplicate Entry** |
| 95975138 |  | IRS Centralized Bankruptcy Department, **Duplicate Entry** |
| 95975143 |  | Machinery Trader, Sandhills Global, **Duplicate Entry** |
| 95975144 |  | Machinery Trader, Sandhills Global, **Duplicate Entry** |
| 95975145 |  | Machinery Trader, Sandhills Global, **Duplicate Entry** |
| 95975161 |  | Toyota Financial Services, **Duplicate Entry** |
| 95975162 |  | Toyota Financial Services, **Duplicate Entry** |
| 95975165 |  | Trader Interactive, LLC, **Duplicate Entry** |
| 95975166 |  | Trader Interactive, LLC, **Duplicate Entry** |
| 95975167 |  | Trader Interactive, LLC, **Duplicate Entry** |
| smg | * | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| cr | * | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 95975136 | *+ | IRS Centralized Bankruptcy Department, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 30 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 22, 2021 | Form ID: CGFC1 | Total Noticed: 64 |
| Date: Mar 24, 2021 | Signature: /s/Joseph Speetjens | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Edmar M Amaya | on behalf of Plaintiff JONNY EDGARDO PINEDA edmar@edamlaw.com |
| Kenneth A Welt | fl10@ecfcbis.com;pacerfilings@gmail.com;kaw@trustesolutions.net;court@trusteeservices.biz |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Timothy S Kingcade, Esq | on behalf of Debtor Vitaly Bahar scanner@miamibankruptcy.com kingcadeserve@bellsouth.net;r46540@notify.bestcase.com |
| Zachary Malnik | on behalf of Trustee Kenneth A Welt zachary@msbankrupt.com Kristen@msbankrupt.com;mark@msbankrupt.com |

TOTAL: 5

Form CGFC1 (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20−22993−SMG

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Vitaly Bahar
3406 Davie Road Apt # 110
Fort Lauderdale, FL 33314

SSN: xxx−xx−8848

## NOTICE OF DEADLINE TO FILE CLAIMS

The trustee has filed a Notice of Assets in this case. **NOTICE IS HEREBY GIVEN THAT:**

All nongovernmental creditors of the above−named estate are required to file their claims pursuant to Bankruptcy Rule 3002(c)(5) on or before **6/22/21** in order to participate in the distribution of available funds. Pursuant to 11 U.S.C. § 502(b)(9), the deadline for filing claims by governmental units shall be the claims deadline set forth in this notice or 180 days after the date relief was ordered under chapter 7, whichever is later. Claims should be filed using the Official Form 410 Proof of Claim available at any bankruptcy clerk's office or on the court's website at: www.flsb.uscourts.gov, and delivered or mailed to the clerk's office address listed below. To receive acknowledgment of receipt by the clerk, enclose a copy of the claim and an adequate sized stamped self addressed envelope.

US Bankruptcy Court
299 E Broward Blvd, Room 112
Ft Lauderdale FL 33301

As an alternative filing method, any creditor with internet access may file a proof of claim electronically and print a copy of the claim at the time of filing by using the electronic claims filing program available on the court website: www.flsb.uscourts.gov.

**Filing Deadline for a Foreign Creditor:**

If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**Dated: 3/22/21**

**CLERK OF COURT**
By: admin
Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.