Trans Don Manolo

1 Calle 10-57 Zona 4

San Raymundo Guatemala